UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                            Criminal No. 11-cr-146-01-SM

John Allen Wright

**O R D E R**

    Before the court is an Assented to Motion to Seal (doc. no. 7). The motion is granted in part and denied in part. The request to seal document nos. 6 and 7 is granted. The request to seal the docket entries is denied.

    SO ORDERED.

                                              Landya McCafferty
                                              United States Magistrate Judge

October 12, 2011

cc:  Harry N. Starbranch, Jr., Esq.
     Helen W. Fitzgibbon, Esq.
     United States Marshal
     United States Probation