UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
    Plaintiff

    v.

Case No. 11-cr-146-01-SM

<u>John Allen Wright</u>,
    Defendant

<u>O R D E R</u>

Defendant Wright's motion to continue the final pretrial conference and trial is granted (document no. 20). Trial has been rescheduled for the month of May 2012. Defendant Wright shall file a waiver of speedy trial rights not later than February 23, 2012. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for May 4, 2012 at 11:00 a.m.

Jury selection will take place on May 15, 2012 at 9:30 a.m.

SO ORDERED.

                                              Steven J. McAuliffe
                                              U.S. District Judge

February 6, 2012

cc:    Harry Starbranch, Esq.
        Helen Fitzgibbon, AUSA
        U.S. Marshal
        U.S. Probation