UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2012 SEP 11 P 2: 27

UNITED STATES OF AMERICA

v.

Cr. No. 1:11-cr-00146-SM

JOHN ALLEN WRIGHT

### GOVERNMENT'S REDACTED EXHIBIT LIST
### FILED PURSUANT TO 18 U.S.C. 3509(d)(2)

| Exhibit # |      | Description |
|-----------|------|-------------|
| 1         | (id) | XXXXtumnpp.avi Clip 1 00:00:50 – 00:02:30 (Count 1) |
| 2         | (id) | XXXXXtum.wmv Clip 00:00:17 – 00:00:33 (Count 2) |
| 3         | (id) | XXXXXbriteawesome.avi Clip 00:00:26 – 00:00:37 (Count 3) |
| 4         | (id) | XXXXXlips.wmv Clip 00:01:26 – 00:01:38 (Count 4) |
| 5         | (id) | Sunpohj001.avi Clip 00:19:40 – 00:20:14 (Count 5) |
| 6a        | (id) | Identified Child Sexual Abuse Image (Count 6) |
| 6b        | (id) | Identified Child Sexual Abuse Image (Count 6) |

Respectfully Submitted,

JOHN P. KACAVAS
United States Attorney

September 11, 2012

By: /s/ John P. K.
John P. Kacavas
United States Attorney
Bar No: 8177
53 Pleasant Street
Concord, NH 03301

By: /s/ Helen White Fitzgibbon
Helen White Fitzgibbon
Assistant U.S. Attorney
Bar No: 6833
Helen.fitzgibbon@usdoj.gov

### Certificate of Service

I hereby certify that a copy of the above Exhibit List will be given, in hand, this date, to Harry Starbranch, Esq., Portsmouth, New Hampshire, 171 Middle Street, Portsmouth, New Hampshire, 03801, counsel for John Allen Wright.

September 11, 2012

By: /s/ John P. Kacavas
John P. Kacavas
United States Attorney

By: /s/ Helen White Fitzgibbon
Helen White Fitzgibbon
Assistant U.S. Attorney